UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

                                              22-CR-84 (VSB)

    ALBERT OSCAR BARRIENTO
    ALMANZAR, and STEVEN ALMONO                  **ORDER**
    ORTIZ,

                          Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        As stated on the record in the hearing in this matter held July 24, 2023, trial as to Mr. Ortiz is hereby set for February 12, 2024.  As further stated, the time between July 24, 2023, and February 12, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice because this period is necessary for counsel to prepare for trial, and that need outweighs the best interests of the public and the defendants in a speedy trial.  This time would also be excluded under 18 U.S.C. 3161(h)(1)(D), as a delay resulting from a pretrial motion given Mr. Ortiz's pending suppression motion.

        It is hereby:

        ORDERED that any in limine motions be filed on or before January 15, 2024, with responses due on or before January 29, 2024.

        IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms or trial memoranda shall be filed on or before February 1, 2024.  In addition, each party shall email these documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that the final pretrial conference will be held on February 5, 2024 at 3 p.m. in the Thurgood Marshall Courthouse, Courtroom 518.

SO ORDERED.

Dated: September 8, 2023
      New York, New York

_____
Vernon S. Broderick
United States District Judge