**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

October 18, 2023

<u>VIA ECF</u>

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.   10/19/2023

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

Re:     ***United States v. Steven Ortiz***; 22 CR 84 (VSB)

Dear Judge Broderick:

We represent Steven Ortiz, and write to respectfully request that the Court modify Mr. Ortiz's conditions of release to remove the requirement for electronic monitoring. Both the Government and Pretrial Services consent to this request.

Mr. Ortiz was released on bond subject to location monitoring technology (*i.e.*, ankle monitor) on February 16, 2022, approximately 20 months ago. Since then, Mr. Ortiz has strived to abide by the conditions of his release, and recently took on a new job. Officer Barrios has informed us that Mr. Ortiz's compliance with his conditions of release make him comfortable with ending electronic monitoring.

For these reasons, we respectfully request the Court modify Mr. Ortiz bail conditions to remove the requirement for electronic monitoring.


Respectfully,

*/s/ Marc. L. Greenwald*

Marc. L. Greenwald

      Cc:     AUSAs Patrick Maroney and Brandon Harper (via ECF)
           Pretrial Services Officer Leo Barrios (via email)