**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York,

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**   09/12/2024
>
> The Court will make a recommendation to the Bureau of Prisons ("BOP") that it consider redesignating defendant; however, such decisions are up to the Bureau of Prisons. If the Bureau of Prisons has either taken no action or denied the request for redesignation, Defendant must report to his designated BOP facility by September 30, 2024 before 2:00 PM.

September 10, 2024

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   *United States v. Steven Ortiz*; 22 CR 84 (VSB) 2

Dear Judge Broderick:

    We represent Steven Ortiz, and write respectfully to request that the Court recommend that the Bureau of Prisons revise its facility designation. The BOP has designated Mr. Ortiz to a facility in rural Louisiana rather than to a facility near his family in Yonkers. We are hopeful that a new recommendation from the Court specifically for FCI Allenwood Low, or another comparable facility nearer to Yonkers than Louisiana will allow Mr. Ortiz to serve his time closer to his family. The Government does not object to this request.

    On August 27, 2024, the BOP designated Mr. Ortiz to the FCI Oakdale II facility in Louisiana, more than 1,400 miles away from his home. The BOP made this designation despite the Court's recommendation that Mr. Ortiz be designated to FCI Otisville or another facility as close to Yonkers as possible to facilitate family visits. Dkt. 89.

    Our research indicates that the BOP may have rejected the Court's prior recommendation because FCI Otisville is a medium—not a low—security facility. We sought redesignation from the BOP's Designation and Sentence Computation Center but they will not entertain requests from attorneys. We therefore respectfully request that the Court make another recommendation to the BOP to have Mr. Ortiz serve his sentence as close to his family as possible, rather than in rural Louisiana.

    Respectfully submitted,

    /s/ Marc L. Greenwald

    Marc L. Greenwald

Cc:   AUSAs Patrick Maroney and Brandon Harper (via ECF)